PROBATION FORM NO. 35
(1/92)

FILED

2005 MAY 10 P 2:45

U.S. DISTRICT COURT

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# United States District Court

## FOR THE

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v

TRANG THI VU

Crim No: 3:00CR00124(JBA)

Re: **Early Termination of Supervision**

On **September 7, 2001,** the above-named individual was placed on **SUPERVISED RELEASE** for a period of **4** years. She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

Sandra L. Hunt
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 10th day of May, 2005.

The Honorable Janet Bond Arterton
United States District Court Judge